# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JUDSON WITHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-3401-CV-S-FJG |
| | ) |
| CHRISTIAN COUNTY SHERIFFS DEPT. | ) |
| et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is plaintiff's Motion requesting permission to limit service of papers on the Christian County's Officers, their agents and employees to service upon counsel and Steven Harpool (Doc. # 29). Plaintiff states that this service will include service by electronic means as well as by United States mail. For good cause shown and with no opposition indicated, plaintiff's Motion is hereby **GRANTED**. Plaintiff is however advised that defendant Ron Cleek is represented by separate counsel, Steven Meier, and service of pleadings and papers must also be directed to Mr. Cleek's counsel.

Date: October 27, 2005           **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri          Fernando J. Gaitan, Jr.
         United States District Judge