# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JUDSON WITHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-3401-CV-S-FJG |
| | ) |
| CHRISTIAN COUNTY SHERIFFS DEPT. | ) |
| et al., | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is plaintiff's Motion for Reconsideration Regarding July 27, 2006 Order (Doc. # 65) and plaintiff's Motion to Compel (Doc. # 78).

On August 18, 2006, the Court held a teleconference with the parties to address discovery disputes which have arisen. The Court hereby **ORDERS** the parties to confer regarding the issues on which they disagree. If the parties are unable to come to an agreement regarding the discovery issues, they may file a motion with the Court within ten days. The Court understands that plaintiff's Complaint is limited to allegations regarding the training and supervision of the Christian County Sheriff's Department, plaintiff's lack of access to legal materials, filing of false police complaints, disseminating false and injurious information regarding plaintiff and plaintiff's false arrest, detention and threats made against plaintiff. Any discovery that plaintiff seeks should be limited to these claims.

Accordingly, as plaintiff's Motion for Reconsideration and Motion to Compel are related to his discovery issues and the Court has now addressed those issues, plaintiff's

Motion for Reconsideration and Motion to Compel are hereby **DENIED** (Doc. # 65 and 78).

Date: August 21, 2006  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge