# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

JUDSON WITHAM,               )
                            )
                Plaintiff,   )
                            )
v.                          )   No. 04-3401-CV-S-FJG
                            )
CHRISTIAN COUNTY SHERIFFS DEPT.  )
et al.,                     )
                            )
                Defendant.   )

# ORDER

Currently pending before the Court is plaintiff's Motion for Reconsideration

Regarding July 27, 2006 Order (Doc. # 65) and plaintiff's Motion to Compel (Doc. # 78).

On August 18, 2006, the Court held a teleconference with the parties to address

discovery disputes which have arisen.  The Court hereby **ORDERS** the parties to confer

regarding the issues on which they disagree.  If the parties are unable to come to an

agreement regarding the discovery issues, they may file a motion with the Court within

ten days.  The Court understands that plaintiff's Complaint is limited to allegations

regarding the training and supervision of the Christian County Sheriff's Department,

plaintiff's lack of access to legal materials, filing of false police complaints, disseminating

false and injurious information regarding plaintiff and plaintiff's false arrest, detention

and threats made against plaintiff.  Any discovery that plaintiff seeks should be limited to

these claims.

Accordingly, as plaintiff's Motion for Reconsideration and Motion to Compel are

related to his discovery issues and the Court has now addressed those issues, plaintiff's

Motion for Reconsideration and Motion to Compel are hereby **DENIED** (Doc. # 65 and 78).

Date: August 21, 2006                    **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                    Fernando J. Gaitan, Jr.
                                         United States District Judge

Case 6:04-cv-03401-FJG   Document 79   Filed 08/21/06   Page 2 of 2